UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-01968-FMC-PJWx | Date | October 1, 2008 |
|---|---|---|---|
| Title | Jon D Franks v. Countrywide Home Loan Inc et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER ON MOTION   (In Chambers)

This matter is before the Court on Plaintiff's unopposed Motion to Strike Defendant's Answer and/or, Alternatively, Request for Sanctions (docket no. 34), filed September 3, 2008.

Plaintiff asks the Court to strike Defendant's Answer because Defendant has failed and refused to participate in meaningful discovery and in mediation. Plaintiff has not demonstrated that the Rule 12(f) standard for motions to strike is satisfied here. Fed R. Civ. P. 12(f) (providing that a court "may order stricken from any pleading ... any redundant, immaterial, impertinent, or scandalous matter"). Plaintiff's remedy, for a failure to comply with discovery, is to file a motion to compel. Similarly, to the extent that Plaintiff intended to seek default judgment as a sanction, see Ringgold Corp. v. Worrall, 880 F.2d 1138, 1141 (9th Cir. 1989) (holding that the notice requirements of Rule 55(b)(2) did not apply "when, after repeated failure to attend pretrial conferences, otherwise participate in or remain informed about the litigation, a party fails to attend on the first day of a trial scheduled months before"), Plaintiff has not shown that such a sanction is warranted at this juncture. See, e.g., Decl. of L. Anderson ¶12 ("Over the last few months, when in conversation with [in-house counsel for Defendant], he repeatedly stated my discovery was reasonable and responses would be forthcoming. His delays were explained as 'We have been busy with Bank of America buying Countrywide,' and 'I may not be employed soon.' "); Id. at ¶13 ("Just two weeks ago, [in-house counsel for Defendant] stated all matters were to be sent to outside counsel, so we needed to settle and/or mediate this matter before the transfer of the case").

Accordingly, Plaintiff's Motion is DENIED. The hearing date of October 6, 2008 is VACATED.

|   | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |